# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE PENSON<br><br>v.<br><br>PHILADELPHIA PRESBYTERY HOMES, INC., et al. | CIVIL ACTION<br><br>NO. 17-1981 |

## ORDER

**AND NOW** this 20th day of September, 2018, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendants Philadelphia Presbytery Homes, Inc., and Presby's Inspired Life's Motion for Summary Judgment (ECF 36) is **DENIED**.

BY THE COURT:

**Dated: September 20, 2018**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**